Caitlyn BOWER,[1] Respondent Below, Appellant,

v.

DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES/DIVISION OF FAMILY SERVICES, Petitioner Below, Appellee,

and

Office of the Child Advocate, Appellee.

No. 676, 2015

Supreme Court of Delaware.

Submitted: April 7, 2016

Decided: June 9, 2016

Court Below—Family Court of the State of Delaware in and for Sussex County, File No. 15–04–01TS, Pet. No. 15–09283.

AFFIRMED.

Michael A. DENNEY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 136, 2016

Supreme Court of Delaware.

Submitted: May 9, 2016

Decided: June 10, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1301012114 and 1211003733

AFFIRMED.

Kenneth JEWELL, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 18, 2016

Supreme Court of Delaware.

Submitted: June 8, 2016

Decided: June 10, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1109012161

DISMISSED.